**UNITED STATES of America, Plaintiff-Appellee, v. Ludwig .KOENIGER, Defendant-Appellant.**

**No. 313.**

Circuit Court of Appeals, Second Circuit.

April 27, 1945.

Edward V. Broderick, of New York City, for defendant-appellant.

Robert M. Hitchcock, Sp. Asst. to Atty. Gen. (T. Vincent Quinn, U. S. Atty., of Brooklyn, N. Y., on the brief), for plaintiff-appellee.

Before SWAN, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

CLARK, Circuit Judge.

This appeal is controlled by United States v. Dawe, 2 Cir., 149 F.2d 491, decided herewith, for it rests upon the same claim of error of an attempted distinction between "anwaerters" and full members of the Nazi Party, which we there rejected. The point made with respect to the scope of the question on the application form was disposed of by us in United States v. Heine, 2 Cir., 149 F.2d 485; and other legal issues are controlled by United States v. Heine, supra, and United States v. Barra, 2 Cir., 149 F.2d 489, all decided herewith.

Affirmed.

**UNITED STATES of America, Plaintiff-Appellee, v. Wilhelm SCHEFOLD, Defendant-Appellant.**

**No. 311.**

Circuit Court of Appeals, Second Circuit.

April 27, 1945.

Elbridge E. Gerry, of New York City, for defendant-appellant.

Robert M. Hitchcock, Sp. Asst. to Atty. Gen. (T. Vincent Quinn, U. S. Atty., of Brooklyn, N.Y., on the brief), for plaintiff-appellee.

Before SWAN, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

CLARK, Circuit Judge.

The only issue on this appeal is the applicability of 18 U.S.C.A. § 80 to a false denial of Nazi Party membership upon an application for a certificate of identification as an alien enemy—a question we have just considered in United States v. Heine, 2 Cir., 149 F.2d 485, and United States v. Barra, 2 Cir., 149 F.2d 489, decided herewith. For the reasons there stated, we hold the statute applicable.

Affirmed.